**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1626**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSE ANTONIO LOZANO,

Claimant - Appellant,

and

PROPERTY, 3714 CANCUN LOOP, WEBB COUNTY,
LAREDO, TEXAS, WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

Defendant,

HILL TOP FARM, LIMITED, a Texas Limited
Partnership,

Claimant.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-98-11-1)

———————

Submitted: November 7, 2002      Decided: November 13, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Jose Antonio Lozano, Appellant Pro Se.  Lynne P. Klauer, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose Antonio Lozano appeals the district court's order granting summary judgment to the Government in this forfeiture action.  We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Lozano, No. CA-98-11-1 (M.D.N.C. May 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED